Douglas C. Smith (State Bar No. 160013)
**LUBRANI & SMITH**
10370 Hemet St., Ste 390
Riverside, California 92503
Telephone:  (951) 509-0449
Facsimile:   (951) 509-1378
Email:         dsmith@lubranismith.com

James E. Brown (State Bar No. 162579)
Riverside City Attorney
**CITY OF RIVERSIDE**
3900 Main Street, 5th Floor
Riverside, California 92522
Telephone:  (951) 826-5567
Facsimile:   (951) 826-5540
Email:         jbrown@riversideca.gov

Timothy T. Coates (State Bar No. 110364)
Sheila A. Wirkus (State Bar No. 251562)
**GREINES, MARTIN, STEIN & RICHLAND LLP**
5900 Wilshire Boulevard, 12th Floor
Los Angeles, California 90036
Telephone:  (310) 859-7811
Facsimile:   (310) 276-5261
Email:         tcoates@gmsr.com
                   swirkus@gmsr.com

Attorneys for Defendants,
CITY OF RIVERSIDE (also erroneously sued as RIVERSIDE FIRE DEPARTMENT), ROBERT RAPPAPORT, TERRY MILLER, and LISA HARVEY

E-FILED 12/03/09
CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION — LOS ANGELES

| | |
|---|---|
| MICHAEL RONALD ESPALIN,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF RIVERSIDE; RIVERSIDE FIRE DEPARTMENT; ROBERT RAPPAPORT; TERRY MILLER; LISA HARVEY,<br><br>   Defendants. | Case No.  CV08-06376 PSG (PLAx)<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Date:           September 14, 2009<br>Time:           1:30 p.m.<br>Courtroom:  790<br>Judge:         Hon. Philip S. Gutierrez<br>Trial Date:   November 3, 2009 |

# [~~PROPOSED~~] JUDGMENT

The Court, having granted the motion of summary judgment of Defendants City of Riverside, Riverside Fire Department, Robert Rappaport, Terry Miller and Lisa Harvey ("Defendants") in the above-action, it is hereby ordered, adjudged and decreed as follows:

That judgment is entered in favor of Defendants and against plaintiff Michael Ronald Espalin on all claims in this action, and that plaintiff shall take nothing from Defendants; and

Defendants shall have costs against plaintiff in the amount of $_____.

Dated: 12/03/09                          _____
                                          Judge, United States District Court

Presented by:

**LUBRANI & SMITH**
  Douglas C. Smith

**RIVERSIDE CITY ATTORNEY**
  James E. Brown

**GREINES, MARTIN, STEIN & RICHLAND LLP**
  Timothy T. Coates
  Sheila A. Wirkus

By: _____
     Sheila A. Wirkus